# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DOROTHY AYER,** | ) Case No. CV 09-07153-DMG(RZx) |
| Plaintiff, | ) **ORDER TO DISMISS [17]** |
| vs. | ) **JS6** |
| **APELLES, L.L.C.,** | ) |
| Defendant. | ) |

IT IS HEREBY ORDERED that pursuant to the parties' joint request to dismiss, filed on May 28, 2010, this case is hereby dismissed with prejudice.

IT IS SO ORDERED.

Date: June 3, 2010

_____
Dolly M. Gee
United States District Judge